IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                          *    CASE NO.  24-04085-ESL
                                *
JACQUELINE ANNE SINGH           *    CHAPTER 7
                                *
Debtor(s).                      *
                                *
------------------------------

### NOTICE RESCHEDULING 341 MEETING

TO THE HONORABLE ENRIQUE S. LAMOUTTE, US BANKRUPTCY JUDGE:

NOW COME(S), debtor(s), through his(their) undersigned attorney(s) of record and respectfully state(s) as follows:

1.  The 341 meeting was originally scheduled for October 24, 2024, at 11:15 AM.
2.  A telephone conference with the Chapter 7 Trustee was held today where she requested, we give notice of a new 341 meeting date to be held **October 31, 2024 at 3:45 PM**.

WHEREFORE, debtor(s) through his(their) undersigned attorney(s) of record respectfully gives notice of the rescheduled 341 meeting date.

Respectfully submitted in Carolina, Puerto Rico, on October 18, 2024.

### CERTIFICATE OF SERVICE, P.R. LBR 9013-3

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court uploading the same using the CM/ECF System which will send notification of such filing to all parties of record registered in the use of the CM/ECF system.

**FREDERIC CHARDON DUBOS LAW OFFICE**

s/Frederic Chardon Dubos
Frederic Chardon Dubos, Esq.
USDC-PR 201601
P.O. Box 1797
Carolina, Puerto Rico, 00984-1797
Tel. (787) 908-2476
Email fcdlaw2020@gmail.com
Attorney(s) for Debtor(s)