← **Community post**
Nice Community, Stupid

 **Dan hosts Nice Podcast, Stupid** ✓ ⋯
@NiceNameStupid · Admin

BREAKING: Jackie Singh bankruptcy hearing rescheduled to Halloween. Trick or treat, funsters! Developing… #JaxFacts 🎃 👻 💩

> NOTICE RESCHEDULING 341 MEETING
>
> TO THE HONORABLE ENRIQUE S. LAMOUTTE, US BANKRUPTCY JUDGE:
>
> NOW COME(S), debtor(s), through his(their) undersigned attorney(s) of record and respectfully state(s) as follows:
>
> 1. The 341 meeting was originally scheduled for October 24, 2024, at 11:15 AM.
> 2. A telephone conference with the Chapter 7 Trustee was held today where she requested, we give notice of a new 341 meeting date to be held October 31, 2024 at 3:45 PM.
>
> WHEREFORE, debtor(s) through his(their) undersigned attorney(s) of record respectfully gives notice of the rescheduled 341 meeting date.
>
> Respectfully submitted in Carolina, Puerto Rico, on October 18, 2024.

10:40 AM · Oct 21, 2024 · **154** Views

 4     14        

 **Community post**
Nice Community, Stupid

 **Dan hosts Nice Podcast, Stupid** ✓
@NiceNameStupid · Admin

Jackie Singh initial bankruptcy hearing is LIVE on Zoom 10/24/24, 11:15 AM.

Zoom Info -- Meeting ID 233 027 6848, Passcode 5628326580, Phone 1 939 220-8077

Mark your calendars, funsters. #JaxFacts

| Meeting of creditors | | Location: |
|---|---|---|
| ebtors must attend the meeting to e questioned under oath. In a joint ase, both spouses must attend. reditors may attend, but are not equired to do so. | October 24, 2024 at 11:15 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 233 0 6848, and Passcode 5628326580 OR, call 1 939 220 8077<br><br>For additional meeting information go to www.justice.gov/ust/moc. |

5:07 PM · Sep 29, 2024 · **2,091** Views

💬 9    🔁 17    ♥ 63    🔖 11