IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JACQUELINE ANNE SINGH | * * * |
| **Debtor** | * Case No. 24-04085 (ESL) * * * Chapter 7 * |

## UNITED STATES TRUSTEE'S NOTICE
## OF HYBRID MEETING OF CREDITORS

TO THE HONORABLE COURT:

 Mary Ida Townson, United States Trustee for Region 21, through her undersigned counsel, respectfully states and prays as follows:

 1. The § 341 meeting of creditors will be held on November 13, 2024, at 1:30pm.

 2. The Office of the United States Trustee hereby informs that the nature of the § 341 meeting of creditors will be hybrid (*in-person and via teleconference call*). The Debtor must appear in-person. However, creditors and any other interested parties may appear in-person or via teleconference call.

 3. The location for the in-person § 341 meeting of creditors is as follows:

  Ochoa Building
  500 Tanca Street
  First Floor, 341 Meeting Room
  San Juan, Puerto Rico 00901-1922

 4. The access information to participate via teleconference call is as follows:

  Dial: 1-866-648-6146; Enter Access Code: 5001525.

 WHEREFORE, the United States Trustee hereby respectfully requests the Court to take notice of the foregoing, and enter such further relief as deemed just and proper.

NOTICE

WITHIN FOURTEEN (14) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATE OF SERVICE BELOW, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(f) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER

RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (ii) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (iii) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

- **FREDERIC CHARDON DUBOS** fcdlaw2025@outlook.com, fcdlaw2020@gmail.com;chardon-dubos.fredericb115451@notify.bestcase.com
- **MONSITA LECAROZ ARRIBAS** ustpregion21.hr.ecf@usdoj.gov
- **NOREEN WISCOVITCH RENTAS** courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 31st day of October, 2024.

                                                MARY IDA TOWNSON
                                              United States Trustee

                                              OFFICE OF THE UNITED STATES TRUSTEE
                                              Edificio Ochoa
                                              500 Tanca Street, Suite 301
                                              San Juan, Puerto Rico 00901-1922
                                              Tel.: (787) 729-7444
                                              Fax:  (787) 729-7449

                                              (Electronically Filed)

                                              By:    <u>s/ Monsita Lecaroz Arribas</u>
                                                           Monsita Lecaroz Arribas
                                                           Assistant U.S. Trustee
                                                           USDC-PR No. 207707