IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JACQUELINE ANNE SINGH<br><br>xx-xx-3426<br><br>Debtor | CASE NO. 24-04085-ESL7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON NOV/01/2024 |

ORDER

Debtor's motion requesting a continuance of the 341 meeting of creditors (docket #11) is hereby denied for the reasons stated by the United States (docket #12). See also the notice of continuance (docket #13).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1 day of November, 2024.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge