IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO.: 24-04085-ESL

JACQUELINE A. SINGH,                  Chapter 7

       Debtor.

_____/

## TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S DISCHARGE

**TO THE HONORABLE COURT**:

The TRUSTEE, NOREEN WISCOVITCH RENTAS, moves the Court for an Order extending the time to object to Debtor's discharge, on behalf of the Bankruptcy Estate and the United States Trustee Office pursuant to Federal Rule of Bankruptcy Procedure 4004 and, in support, states:

1. The Debtor filed a voluntary Bankruptcy Petition under the Chapter 7 of the Bankruptcy Code on September 26, 2024. The appearing trustee was appointed as such by this Honorable Court on September 24, 2024.

2. The initial meeting of creditors was originally scheduled for October 24, 2024, and continued to October 31, 2024, and November 13, 2024. The meeting has been continued sine die. The Trustee has requested additional documents and non-exempt funds.

3. The last day to object to the Debtors discharge is December 26, 2024. The Trustee seeks a 90-day extension of time to object to Debtor's Discharge, to and including, March 26, 2025.

1

WHEREFORE, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, respectfully requests the Court to enter an Order extending the time for the Bankruptcy Trustee and the Office of the United States Trustee to object to the Debtor's discharge to and including, March 26, 2025, and for any further relief this Court deems just and proper under the circumstances of this case.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the US Trustee at ustregion21.hr.ecf@usdoj.gov and Debtor's attorney attorney via CM/ECF system and by regular mail to Debtor, Jacqueline A. Singh, at 954 Ponce de Leon Ave, Ste. 205, PMB 10595, San Juan, PR 00907, on this 15th day of December, 2024.

In San Juan, Puerto Rico this 15th day of December, 2024.

*S/Noreen Wiscovitch-Rentas*
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
P.O. Box 364363
San Juan, Puerto Rico 00936
Tel. (787) 946-0132
noreen@nwr-law.com

2