IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 24-04085-ESL7 |
|---|---|
| JACQUELINE ANNE SINGH | Chapter 7 |
| xx-xx-3426 | |
| Debtor(s) | FILED & ENTERED ON JAN/02/2025 |

ORDER

    NOREEN WISCOVITCH RENTAS's motion requesting extension of time to object to the Discharge of Debtor (Docket Entry #17) is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 2 day of January, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge