United States Bankruptcy Court

District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 24-04085-ESL |
| JACQUELINE ANNE SINGH | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 02, 2025 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

**Recip ID         Recipient Name and Address**
db             + JACQUELINE ANNE SINGH, 954 PONCE DE LEON AVE, STE 205 PMB 10595, SAN JUAN, PR 00907-3648

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2025                    Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:**

**Name                    Email Address**

FREDERIC CHARDON DUBOS
                    on behalf of Debtor JACQUELINE ANNE SINGH fcdlaw2025@outlook.com
                    fcdlaw2020@gmail.com;chardon-dubos.fredericb115451@notify.bestcase.com

MONSITA LECAROZ ARRIBAS
                    ustpregion21.hr.ecf@usdoj.gov

NOREEN WISCOVITCH RENTAS
                    courts@nwr-law.com  nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

US TRUSTEE-REGION 21
                    ustpregion21.hr.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 24-04085-ESL7 |
|---|---|
| JACQUELINE ANNE SINGH | Chapter 7 |
| xx-xx-3426 | |
| Debtor(s) | FILED & ENTERED ON JAN/02/2025 |

ORDER

NOREEN WISCOVITCH RENTAS's motion requesting extension of time to object to the Discharge of Debtor (Docket Entry #17) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2 day of January, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge