IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
IN RE:                           *     CASE NO. 24-04085-ESL
                                 *
JACQUELINE ANNE SINGH            *     CHAPTER 7
                                 *
     Debtor,                     *
                                 *
-------------------------------
```

**MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE ENRIQUE S. LAMOUTTE, US BANKRUPTCY JUDGE:

NOW COMES, debtor, through her undersigned attorney and respectfully state(s) as follows:

1. The undersigned counsel needs until January 25, 2025, to adequately respond to TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S DISCHARGE [17] forwarding the requested documents and amending the SOFA.

2. The undersigned counsel must appear Tuesday January 21, 2025, tomorrow, for the continuation of a murder criminal jury trial in Mayaguez which is scheduled to last until January 28, 2025, and started January 15, 2025.

3. The undersigned counsel will be staying on the west side of the island for the duration of the continued trial

4. Additionally in December 204 we had to travel to St. Thomas for a criminal sentencing and in January 2025 spent 2 days in St, Croix to interview clients and appear the second day for a status conference as part of the United States District Court for the Virgin Islands CJA panel.

WHEREFORE, debtor respectfully requests through her

undersigned attorney that for the above stated reasons this Honorable Court grant the requested extension of time, along with such other relief that this court deems just and proper.

Respectfully submitted, in Carolina, Puerto Rico this 20th day of January 2025.

### CERTIFICATE OF SERVICE, P.R. LBR 9013-3

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court uploading the same using the CM/ECF System which will send notification of such filing to all parties of record registered in the use of the CM/ECF system.

**FREDERIC CHARDON DUBOS LAW OFFICE**

s/Frederic Chardon Dubos
Frederic Chardon Dubos, Esq.
USDC-PR 201601
Valle Ariba Heights
BD13 Calle Naranjo
Carolina, Puerto Rico, 00983-3334
Tel. (787) 908-2476
Email fcdlaw2025@outlook.com
Attorney(s) for Debtor