**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JACQUELINE ANNE SINGH**<br>aka JACQUELINE A STOKES, aka JACQUELINE J SINGH<br><br>**xxx–xx–3426**<br><br>Debtor(s) | Case No. **24–04085 ESL**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 1/21/25 |

***ORDER***

The motion filed by Debtor requesting an extension of time to respond to Trustee's request for an extension of time to object Debtor's discharge (docket #21) is hereby denied The request for an extension of time is moot as an order was already entered on January 2, 2025 (docket #19).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, January 21, 2025 .

Enrique S. Lamoutte
United States Bankruptcy Judge