```
IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE DISTRICT OF PUERTO RICO

IN RE:                          *    CASE NO.  24-04085-ESL
                                *
JACQUELINE ANNE SINGH           *    CHAPTER 7
                                *
    Debtor(s).                  *
                                *
-------------------------------
```

**NOTICE OF AMENDMENT TO FORM 107 STATEMENT OF FINANCIAL AFFAIRS, LOCAL RULE 1009-1(c), P.R. LBR**

TO THE HONORABLE ENRIQUE S. LAMOUTTE, US BANKRUPTCY JUDGE:

NOW COME(S), debtor(s), through his(their) undersigned attorney and respectfully state(s) as follows:

1. Debtor(s) is(are) amending the attached **Form 107** Statement of Financial Affairs to list debtor's 49% membership in WEB 3 STUDIOS LLC, Part 11: 27.

WHEREFORE, debtor(s) through his(their) undersigned attorney respectfully request(s) that for the above stated reasons this Honorable Court note what is stated above.

R3spectfully submitted in Carolina, Puerto Rico, on January 25, 2025.

**CERTIFICATE OF SERVICE, P.R. LBR 9013-3**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court uploading the same

Page 1 of 2

using the CM/ECF System which will send notification of such filing to all parties of record registered in the use of the CM/ECF system.

        **FREDERIC CHARDON DUBOS LAW OFFICE**

        s/Frederic Chardon Dubos
        Frederic Chardon Dubos, Esq.
        USDC-PR 201601
        Urb. Valle Arriba Heights
        BD13 Calle Naranjo
        Carolina, Puerto Rico, 00983-3334
        Tel. (787) 908-2476
        Email fcdlaw2025@outlook.com
        Debtor's Attorney